**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Central Housewares, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **39-1259600** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4365 Orion Ln.**<br>**Appleton, WI 54913** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Outagamie** | **Location of principal assets, if different from principal place of business** |
| County | **5370 W. Integrity Way Appleton, WI 54913** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.poolpeople.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____  When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district?***

*Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .

*Check one:*

☒  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 27, 2025**
                        MM / DD / YYYY

**X** **/s/ Jeffrey Desing**                                              **Jeffrey Desing**
Signature of authorized representative of debtor              Printed name

Title     **President**

---

**18. Signature of attorney**

**X** **/s/ Paul G. Swanson**                                Date **January 27, 2025**
Signature of attorney for debtor                                       MM / DD / YYYY

**Paul G. Swanson 1007861**
Printed name

**SWANSON SWEET LLP**
Firm name

**759 N. Milwaukee St.**
**Suite 305**
**Milwaukee, WI 53202**
Number, Street, City, State & ZIP Code

Contact phone    **920-235-6690**     Email address **pswanson@swansonsweet.com**

**1007861 WI**
Bar number and State

Debtor name **Central Housewares, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 27, 2025**         X */s/ Jeffrey Desing*
_____
Signature of individual signing on behalf of debtor

**Jeffrey Desing**
_____
Printed name

**President**
_____
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Central Housewares, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | credit card charges for business; card in name of Jeffrey Desing and Debtor | Unliquidated | | | $60,615.02 |
| Amundsen Davis, LLC 150 N. Michigan Ave., Suite 3300 Chicago, IL 60601 | | Trade Vendor | | | | $62,865.85 |
| Aqua-Tech Corp. d/b/a United Aqua Group 8810 Spanish Ridge Ave. Las Vegas, NV 89148 | | former Buying Group. Balance in dispute. Debtor believes that balance is $750,000, but settled for $400,000, with $100,000 dowqn 8/12/24 and $8900 Sep | Contingent Unliquidated Disputed | | | $650,000.00 |
| Covia/ Fairmount PO Box 603985 Charlotte, NC 28260 | | Trade Vendor | Unliquidated | | | $14,491.52 |
| Doughboy Recreational (CC 3.25%) Dept. 0943 Memphis, TN 38177 | | Trade Vendor | Unliquidated | | | $50,998.40 |
| Everest Business Funding 102 W. 38th St. Sixth Floor New York, NY 10018 | | All assets (except accounts) UCC filing w/i 90 days - preference, will avoid | Unliquidated Disputed | $328,000.00 | $0.00 | $328,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fundr/Atipana Credit Opportunity Fund I 43 W. 23rd St. New York, NY 10010 | | All assets (except accounts) UCC if filed was within preference period - will avoid | Unliquidated Disputed | $78,000.00 | $0.00 | $78,000.00 |
| Kipp Koenigers 1015 Paramount Dr. Chilton, WI 53014 | | defective hot tub, agreed to refund customer. | | | | $23,376.07 |
| Nicolet National Bank PO Box 2087 Omaha, NE 68103-2087 | | credit card charges for business | Unliquidated | | | $58,634.79 |
| On Deck Capital Inc. 901 N. Stuart St. Suite 700 Arlington, VA 22203 | | all assets (except cash) UCC either not filed or filed within preference period - will avoid | Unliquidated Disputed | $180,000.00 | $0.00 | $180,000.00 |
| Partisan Systems, LLC (ACH Via Web) 2321 S. Oneida St. Ste 8 Green Bay, WI 54304 | | Trade Vendor | Unliquidated | | | $16,666.56 |
| Pearson Cues 287 S River Rd. Bay City, MI 48708 | | Trade Vendor | Unliquidated | | | $19,195.00 |
| Solenis (CCR) (ACH) PO Box 742925 Atlanta, GA 30374-2925 | | Trade Vendor | Unliquidated | | | $162,991.93 |
| Sunvilla Corporation (ACH) 14345 Pipline Ave. Chino, CA 91710 | | Trade Vendor | Unliquidated | | | $129,659.00 |
| Trevi Fabrication Inc. (ACH) 12775 rue Brault Mirable, QC J7J 0CJ 0C4 | | Trade Vendor | Unliquidated | | | $10,305.38 |
| Viking Spas Inc 2725 Prairie ST S.W. Wyoming, MI 49519 | | Trade Vendor | Unliquidated | | | $36,500.98 |
| WCM DIGITAL PO Box 1519 Appleton, WI 54912 | | Trade Vendor | Unliquidated | | | $10,799.34 |
| Wisconsin Department of Revenue P.O. Box 8981 Madison, WI 53708-8981 | | Sales tax | Unliquidated | | | $32,500.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WIXX 101 (CC) 1420 Bellevue Street Green Bay, WI 54311** | | **Trade Vendor** | **Unliquidated** | | | **$16,350.00** |
| **WSAW (7 Wausau) PO Box 14200 Tallahassee, TN 32317-4200** | | **Trade Vendor** | **Unliquidated** | | | **$7,996.00** |

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $ _____**0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................    $ _____**945,900.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................    $ _____**945,900.00**

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____**1,184,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................    $ _____**32,500.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____**1,381,682.07**

4.    **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b
    $    **2,598,182.07**

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Payroll and operating accounts at Associated Bank,($5,000) another account at Nicolet Bank ($18,000 total)** | checking | | $23,000.00 |

4.    **Other cash equivalents** *(Identify all)*

| | | | |
| --- | --- | --- | --- |
| 4.1. | **Tills - cash drawers** | | $2,000.00 |

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$25,000.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **several customers have paid a deposit for special; orders which is used to pay vendors to get product, balance paid on delivery. Rolling balance, ordinary course of dealing. 2 - 4 weeks lead times.** | $0.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **Central Housewares, Inc.**                                Case number *(If known)* _____
         _____
         Name

Description, including name of holder of prepayment

8.1.   **Prepaid inventory being manufactured or in transit - see above.**            **$117,000.00**
       _____   _____

9.     **Total of Part 2.**                                                          **$117,000.00**
       Add lines 7 through 8. Copy the total to line 81.

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11b. Over 90 days old:    **210,000.00**   -   **160,000.00**   =....   **$50,000.00**
                                 _____       _____
                                 face amount            doubtful or uncollectible accounts
                                 **Face book value $210,000 but likely collectable is $50,000**

12.    **Total of Part 3.**                                                          **$50,000.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| **Inventory held for resale: (at cost) Swimming Pool parts, accessories & chemicals $1,160,000 Patio Furniture $570,000 Billiard & Gaming Tables $585,000 Hot Tubs $340,000 Misc parts $280,000 (these are cost values, but CPA requires a obsolecence reserve of $306,000) Debtor values furniture at 20% of cost based on age (3 yrs +), pools are mostly parts unassembled 50% of cost, balance of pool acc. at 15% as they are numerous smaller items, hot tubs 50%, chemicals at 15% of cost, billiard & gaming tables 50% and parts related thereto at 15%** | **December 15, 2024** | **$2,629,000.00** | **Liquidation** | **$680,000.00** |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                           **$680,000.00**

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Counters, filing, desks, phones computers,** | $60,000.00 | Liquidation | $5,000.00 |

| | | | |
|---|---|---|---|
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $5,000.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|    47.1.  **See Attached List for Individual Values: 2016 Ford F250 Pickup; 2020 Ford Transit T250 Van; 1999 Freightliner Straight Truck; 2006 Chevrolet Silverado 1500 Pickup; 2011 Ford Econoline E150 Van (KBB Values) (no valid liens - free & clear)** | $53,900.00 | | $53,900.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|    48.1.  **See Attached for Individual Values: 4 Spa Trailers; 14' Sheffield Dump Trailer; Snowmobile Trailer; 7x12 Enclosed Trailer and 2004 TCM Forklift** | $15,000.00 | | $15,000.00 |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| 51. | **Total of Part 8.** | | $68,900.00 |

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Note for information only:**<br><br>**Debtor leased the three retail locations from LLC's owned by Jeff Desing. Sale/leaseback to Trust owned by Ken & Lynn Mondee, also owners of real estate leased by debtor in Appleton, in June 2024. Proceeds used to pay major secured creditor, Associated Bank.**<br><br>**Debtor was intending to refinance balance of the business debt with an SBA 7A loan, but that fell through precipitating this Ch. 11.** | | $0.00 | | $0.00 |

56. **Total of Part 9.** | | | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** website is registered but likely has no value | **$0.00** | | **$0.00** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                           | **$0.00** |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $117,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $50,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $680,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $68,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $945,900.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $945,900.00 |

Vehicle Listing

| Year | Make | Model | VIN | Kelly Blue Book |
|---|---|---|---|---|
| 2011 | Ford | Econoline E150 Van | 1FTNE1EL3BDA31822 | 2,400.00 |
| 2006 | Chevrolet | 1500 Pickup | 1GCEK19T76E120831 | 2,500.00 |
| 1999 | Freightliner | Straight Truck | 1FV3GBC8XHB12468 | 4,000.00 |
| 2016 | Ford | F-250 Super Duty | 1FT7W2BT9GEC80885 | 23,000.00 |
| 2020 | Ford | Transit T250 | 1FTBR1C83LKA03666 | 22,000.00 |
| | qty 4 | Spa Trailers | n/a | 2,000.00 |
| | Sheffield | 14' Dump Trailer | n/a | 5,000.00 |
| | | Snowmobile Trailer | n/a | 1,500.00 |
| | | 7' x 12' Enclosed Trailer | n/a | 1,500.00 |
| 2004 | TCM | Forklift | n/a | 5,000.00 |

Debtor name **Central Housewares, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **Channel Partners Capital LLC** | | $77,000.00 | $77,000.00 |
|---|---|---|---|---|

Creditor's Name

**10900 Wayzata Blvd. Ste. 300**
**Hopkins, MN 55305**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**all assets (except accounts)**
**UCC Fin. Stmnt filed 3-21-24**

Creditor's email address, if known

Describe the lien
**GBSA**

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
**3-2024**
Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

| 2.2 | **Everest Business Funding** | | $328,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**102 W. 38th St.**
**Sixth Floor**
**New York, NY 10018**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets (except accounts) UCC filing w/i 90 days - preference, will avoid**

Creditor's email address, if known

Describe the lien
**GBSA**

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
**2024**
Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Central Housewares, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Fundr/Atipana Credit Opportunity Fund I** | Describe debtor's property that is subject to a lien | $78,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All assets (except accounts) UCC if filed was within preference period - will avoid** | | |

**43 W. 23rd St.**
**New York, NY 10010**

Creditor's mailing address

Describe the lien
**GBSA**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
□ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**2024**

**Last 4 digits of account number**

□ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
□ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Marlin Leasing** | Describe debtor's property that is subject to a lien | $21,000.00 | $21,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **POS System** | | |

**P. O. Box 1333**
**Hixson, TN 37343**

Creditor's mailing address

Describe the lien
**PMSI/Financing Lease**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
□ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**2022**

**Last 4 digits of account number**

□ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

---

| 2.5 | **On Deck Capital Inc.** | Describe debtor's property that is subject to a lien | $180,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **all assets (except cash) UCC either not filed or filed within preference period - will avoid** | | |

**901 N. Stuart St.**
**Suite 700**
**Arlington, VA 22203**

Creditor's mailing address

Describe the lien
**GBSA**

---

| Debtor | **Central Housewares, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $500,000.00 | $500,000.00 |
|---|---|---|---|---|

Creditor's Name

**Wisconsin District Office**
**310 W. Wisconsin Ave.,**
**Suite 580 W**
**Milwaukee, WI 53203**

Creditor's mailing address

**All assets (except cash)**

**Describe the lien**
**GBSA - Fin. Stmnt filed 6-30-2020**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2020 EIDL Loan**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,184,000.00 |
|---|---|---|

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801** | Line **2.1** | |
| **CT Corporation System**<br>**301 South Bedford Street, Suite 1**<br>**Madison, WI 53703** | Line **2.5** | |

| Debtor | **Central Housewares, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Marcella Rabinovich, Esq.**<br>**100 Merrick Rd #W212**<br>**Rockville Centre, NY 11570** | Line __2.3__ |
| **National Registered Agents, Inc.**<br>**1209 Orange St**<br>**Wilmington, DE 19801** | Line __2.2__ |
| **National Registered Agents, Inc.**<br>**1209 Orange St**<br>**Wilmington, DE 19801** | Line __2.3__ |
| **U.S. Small Business Administration**<br>**740 Regent St., Suite 100**<br>**Madison, WI 53715** | Line __2.6__ |

Debtor name **Central Housewares, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address

**Wisconsin Department of Revenue**
**P.O. Box 8981**
**Madison, WI 53708-8981**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Total claim **$32,500.00**    Priority amount **$32,500.00**

Date or dates debt was incurred
**Sep - Dec**

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**AJFW-TV**
**3217 County Road G**
**Rhinelander, WI 54501**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

Amount of claim **$33.00**

**3.2** Nonpriority creditor's name and mailing address

**American Express**
**PO Box 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred  **2023-2025**

Last 4 digits of account number  **2001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **credit card charges for business; card in name of Jeffrey Desing and Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

Amount of claim **$60,615.02**

Case 25-20408-kmp    Doc 1    Filed 01/27/25    Page 23 of 49

Debtor **Central Housewares, Inc.**
Name

Case number (if known) _____

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,865.85 |
|---|---|---|---|

Amundsen Davis, LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650,000.00 |
|---|---|---|---|

Aqua-Tech Corp. d/b/a United Aqua Group
8810 Spanish Ridge Ave.
Las Vegas, NV 89148

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **Oct. 2021 - Jan. 2022**

Basis for the claim: **former Buying Group. Balance in dispute. Debtor believes that balance is $750,000, but settled for $400,000, with $100,000 dowqn 8/12/24 and $8900 Sept. - Dec, 2024 (roughly $18,000 preference)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,766.45 |
|---|---|---|---|

Associated Bank
c/o Elan Financial Services
PO BOx 6335
Fargo, ND 58125-6335

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023-2025**

Basis for the claim: **credit card charges for business**

Last 4 digits of account number **7720**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.00 |
|---|---|---|---|

CJFW-TV
3217 County Road G
Rhinelander, WI 54501

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,025.00 |
|---|---|---|---|

Covana/ Canimex
285, Saint-Georges St.
Drummondville, QC Canada J2C4H3

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,491.52 |
|---|---|---|---|

Covia/ Fairmount
PO Box 603985
Charlotte, NC 28260

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,998.40 |
|---|---|---|---|

Doughboy Recreational (CC 3.25%)
Dept. 0943
Memphis, TN 38177

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00** |

**ESAW My TV**
**PO Box 14200**
**Tallahassee, FL 04200**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,412.96** |

**Get Smart Group (CC)**
**PO Box 1027**
**Angels Camp, PA 95222**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,575.08** |

**Homecrest Outdoor (CC No Fee)**
**1250 Homecrest Avenue SE**
**Wadena, MN 56482**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,896.19** |

**IWSAW**
**1114 Grand Avenue**
**Wausau, WI 54403**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,376.07** |

**Kipp Koenigers**
**1015 Paramount Dr.**
**Chilton, WI 53014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **defective hot tub, agreed to refund customer.**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,634.79** |

**Nicolet National Bank**
**PO Box 2087**
**Omaha, NE 68103-2087**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2025**

Basis for the claim:  **credit card charges for business**

Last 4 digits of account number  **1055**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,666.56** |

**Partisan Systems, LLC (ACH Via Web)**
**2321 S. Oneida St. Ste 8**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,195.00** |
|---|---|---|---|

**Pearson Cues**
287 S River Rd.
Bay City, MI 48708

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__
Last 4 digits of account number _

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162,991.93** |
|---|---|---|---|

**Solenis (CCR)  (ACH)**
PO Box 742925
Atlanta, GA 30374-2925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__
Last 4 digits of account number _

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$129,659.00** |
|---|---|---|---|

**Sunvilla Corporation (ACH)**
14345 Pipline Ave.
Chino, CA 91710

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__
Last 4 digits of account number _

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,305.38** |
|---|---|---|---|

**Trevi Fabrication Inc. (ACH)**
12775 rue Brault
Mirable, QC J7J 0CJ 0C4

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__
Last 4 digits of account number _

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,500.98** |
|---|---|---|---|

**Viking Spas Inc**
2725 Prairie ST S.W.
Wyoming, MI 49519

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__
Last 4 digits of account number _

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$890.00** |
|---|---|---|---|

**WAPL-FM**
P.O. Box 1519
Appleton, WI 54912

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__
Last 4 digits of account number _

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,799.34** |
|---|---|---|---|

**WCM DIGITAL**
PO Box 1519
Appleton, WI 54912

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__
Last 4 digits of account number _

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,775.00 |
|------|----|----|----|

**WHBY-AM**
**PO Box 1519**
**Appleton, WI 54912**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,350.00 |
|------|----|----|----|

**WIXX 101 (CC)**
**1420 Bellevue Street**
**Green Bay, WI 54311**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|------|----|----|----|

**WJFW-TV**
**3217 County Road G**
**Rhinelander, WI 54501**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,254.00 |
|------|----|----|----|

**WKEB / WIGM Radio (Check)**
**630 S. 8th Street**
**Medford, WI 54451**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,125.00 |
|------|----|----|----|

**WKSZ-FM KISS FM**
**PO Box 1519**
**Appleton, WI 54912**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,788.16 |
|------|----|----|----|

**Woodward Radio Group**
**PO Box 1519**
**Appleton, WI 54912**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,996.00 |
|------|----|----|----|

**WSAW (7 Wausau)**
**PO Box 14200**
**Tallahassee, TN 32317-4200**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,947.39 |
|------|--------|--------|--------|

**WSAW.COM**
**PO Box 14200**
**Tallahassee, FL 32317-4200**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Trade Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|------|--------|--------|--------|

**WSCO-AM**
**PO Box 1519**
**Appleton, WI 54912**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Trade Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|------|--------|--------|--------|

**WYOW**
**1114 Grand Ave**
**Wausau, WI 54403**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Trade Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,603.00 |
|------|--------|--------|--------|

**WZAW (Fox Wausau)**
**PO Box 14200**
**Tallahassee, FL 32317-4200**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Trade Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|------|------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------|--------|--------|
| 4.1 | **Benjamin Strubbe**<br>**Attorney at Law**<br>**2345 Grand Blvd. Ste. 2200**<br>**Kansas City, MO 64108** | Line __3.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **The Corporation Trust Company**<br>**1209 Orange St**<br>**Wilmington, DE 19801** | Line __3.4__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|------|------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|------|------|------|
| **5a. Total claims from Part 1** | 5a. | $ 32,500.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,381,682.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,414,182.07 |

Debtor name **Central Housewares, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Appleton real estate.  Joint Lessor of Ken and Lynn Mundee Family Trust and William and Julie Mundee Revocable Family Trust (arrears of approx. $19,268 through Jan. 2025)** | |
| | **Lease for Wausau, Stevens Point, Rhinelander real estate. Sole Lessor (arrears of approx. $38,340 through Jan. 2025)** | |
| State the term remaining | | **Ken and Lynn Mundee Family Trust Attn: Ken Mundee, Trustee PO Box 1617 Paso Robles, CA 93447** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Lease three delivery trucks. Leases are up but need to be renewed. Will likely do so. 2021 F250 Pickup 2 - 2021 Ford Sprinter Vans** | |
| State the term remaining | **due** | **Valley Truck Leasing 5668 Neubert Rd. Appleton, WI 54913** |
| List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Appleton real estate** | |
|---|---|---|---|
| | State the term remaining | | **William & Julie Mundee Rev. Family Trust**<br>**Attn: William Mundee, Trustee** |
| | List the contract number of any government contract | _____ | |

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jeffrey Desing** | **4365 N. Orion Ln. Appleton, WI 54913** | **Channel Partners Capital LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Jeffrey Desing** | **4365 N. Orion Ln. Appleton, WI 54913** | **Everest Business Funding** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Jeffrey Desing** | **4365 N. Orion Ln. Appleton, WI 54913** | **Fundr/Atipana Credit Opportunity Fund I** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Jeffrey Desing** | **4365 N. Orion Ln. Appleton, WI 54913** | **Marlin Leasing** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Jeffrey Desing** | **4365 N. Orion Ln. Appleton, WI 54913** | **On Deck Capital Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

Case 25-20408-kmp    Doc 1    Filed 01/27/25    Page 31 of 49

| Debtor | **Central Housewares, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Jeffrey Desing**    **4365 N. Orion Ln.** <br> **Appleton, WI 54913** | **US Small Business** <br> **Administration** | ■ D   **2.6** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |
| 2.7 | **Jeffrey Desing**    **4365 N. Orion Ln.** <br> **Appleton, WI 54913** | **Ken and Lynn** <br> **Mundee Family Trust** | ☐ D \_\_\_\_\_ <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |

**Fill in this information to identify the case:**

Debtor name    **Central Housewares, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other   **Operating a Business (est.)** | **$200,000.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other   **Operating a Business (est.)** | **$3,700,000.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$4,600,000.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Everest Business Funding**<br>102 W. 38th St.<br>Sixth Floor<br>New York, NY 10018 | w/i 90 days<br>of filing | $19,500.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Aqua-Tech Corp. d/b/a United Aqua Group**<br>8810 Spanish Ridge Ave.<br>Las Vegas, NV 89148 | w/i 90 days<br>of filing | $17,100.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Nicolet National Bank**<br>PO Box 2087<br>Omaha, NE 68103-2087 | 9/27/24 ($7200);<br>10/25/24 ($3600);<br>11/26/24 ($5000) | $15,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card Charges** |
| 3.4. **Associated Bank**<br>c/o Elan Financial Services<br>PO BOx 6335<br>Fargo, ND 58125-6335 | 10/9/2024 ($8477.20);<br>11/9/2024 ($6195.76);<br>12/9/2024 ($6970.01);<br>1/9/2025 ($3248.76) | $24,891.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card Charges** |
| 3.5. **American Express**<br>PO Box 981535<br>El Paso, TX 79998-1535 | $6804 paid on 9/25/24;<br>10/19/24;<br>11/19/24;<br>12/19/24 | $27,216.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card Charges** |
| 3.6. **Channel Partners Capital LLC**<br>10900 Wayzata Blvd. Ste. 300<br>Hopkins, MN 55305 | w/i 90 days | $19,100.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **On Deck Capital Inc.**<br>901 N. Stuart St.<br>Suite 700<br>Arlington, VA 22203 | w/i 90 days | $22,800.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. **Fundr/Atipana Credit Opportunity Fund I**<br>43 W. 23rd St.<br>New York, NY 10010 | w/i 90 days | $34,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Aqua Tech Corp v. Central Housewares & Desing 2:23-CV-01368 | A/P dispute with former buying group. Disputed but settled in June 2024 for $400,000 with $100,000 down and payments monthly starting in Sept. 2024. | U. S. District Court Dist. of Nevada Las Vegas, NV 89169 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **SWANSON SWEET LLP**<br>**759 N. Milwaukee St.**<br>**Suite 305**<br>**Milwaukee, WI 53202** | **Attorney Fees retainer paid Jan. 2025 of $55,000.**<br><br>**See attorney application filed on the docket for details.** | **Jan. 2025** | **$55,000.00** |
| | Email or website address<br>**pswanson@swansonsweet.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Old Hickory Buildings, LLC**<br>**215 Middle Tennessee Blvd.**<br>**Murfreesboro, TN 37129** | **All retail locations** | **This company places pre-fabricated sheds on each of the locations. Not a consignment, but debtor gets a commission on each building sold outright or special ordered. No written agreement.** | **Unknown** |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

Case 25-20408-kmp     Doc 1     Filed 01/27/25     Page 38 of 49

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Hawkins Ash CPA's**<br>**335 First St.**<br>**P. O. Box 679**<br>**Neenah, WI 54957** | **Continuous - Tax returns and compiled financial statements** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Jeffrey Desing, President** | **Debtor has all books and records** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Various lenders or prospective lenders** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Jeffrey Desing** | **Cycle count inventories contimuously.** | **Cost basis as disclosed herein.** |

| Name and address of the person who has possession of inventory records |
|---|
| **Debtor** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Jeffrey Desing** | **4365 N. Orion Ln. Appleton, WI 54913** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Jeffrey Desing 4365 N. orion Ln. Appleton, WI 54913** | **Annual salary of $100,000 payable bi-weekly** | | **Payment for full time management** |
| | **Relationship to debtor** **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 27, 2025**
_____

**/s/ Jeffrey Desing**                                   **Jeffrey Desing**
_____                                   _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **President**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Central Housewares, Inc.**        Case No. _____

                               Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **0.00**

    Prior to the filing of this statement I have received _____   $ _____ **0.00**

    Balance Due _____   $ _____ **0.00**

2. The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **Note; Please see Application by Debtor to Hire Swanson Sweet, LLP for details**

3. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4. ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
         **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Services requiring special expertise not available in-house.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 27, 2025** _____      **/s/ Paul G. Swanson** _____
*Date*                                       **Paul G. Swanson 1007861**
                                           *Signature of Attorney*
                                           **SWANSON SWEET LLP**
                                           **759 N. Milwaukee St.**
                                           **Suite 305**
                                           **Milwaukee, WI 53202**
                                           **920-235-6690  Fax: 920-426-5530**
                                           **pswanson@swansonsweet.com**
                                           *Name of law firm*

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **Central Housewares, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeffrey Desing**<br>**4365 N. Orion Ln.**<br>**Appleton, WI 54913** | **common stock** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 27, 2025**

Signature  **/s/ Jeffrey Desing**

**Jeffrey Desing**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Central Housewares, Inc.**        Case No.

                          Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 27, 2025**             **/s/ Jeffrey Desing**

                                                     **Jeffrey Desing**/**President**

                                                     Signer/Title

```
AJFW-TV
3217 County Road G
Rhinelander, WI 54501

American Express
PO Box 981535
El Paso, TX 79998-1535

Amundsen Davis, LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601

Aqua-Tech Corp. d/b/a United Aqua Group
8810 Spanish Ridge Ave.
Las Vegas, NV 89148

Associated Bank
c/o Elan Financial Services
PO BOx 6335
Fargo, ND 58125-6335

Benjamin Strubbe
Attorney at Law
2345 Grand Blvd. Ste. 2200
Kansas City, MO 64108

Channel Partners Capital LLC
10900 Wayzata Blvd. Ste. 300
Hopkins, MN 55305

CJFW-TV
3217 County Road G
Rhinelander, WI 54501

Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Covana/ Canimex
285, Saint-Georges St.
Drummondville, QC Canada J2C4H3

Covia/ Fairmount
PO Box 603985
Charlotte, NC 28260

CT Corporation System
301 South Bedford Street, Suite 1
Madison, WI 53703

Doughboy Recreational (CC 3.25%)
Dept. 0943
Memphis, TN 38177
```

ESAW My TV
PO Box 14200
Tallahassee, FL 04200

Everest Business Funding
102 W. 38th St.
Sixth Floor
New York, NY 10018

Fundr/Atipana Credit Opportunity Fund I
43 W. 23rd St.
New York, NY 10010

Get Smart Group (CC)
PO Box 1027
Angels Camp, PA 95222

Homecrest Outdoor (CC No Fee)
1250 Homecrest Avenue SE
Wadena, MN 56482

IWSAW
1114 Grand Avenue
Wausau, WI 54403

Jeffrey Desing
4365 N. Orion Ln.
Appleton, WI 54913

Ken and Lynn Mundee Family Trust
Attn: Ken Mundee, Trustee
PO Box 1617
Paso Robles, CA 93447

Kipp Koenigers
1015 Paramount Dr.
Chilton, WI 53014

Marcella Rabinovich, Esq.
100 Merrick Rd #W212
Rockville Centre, NY 11570

Marlin Leasing
P. O. Box 1333
Hixson, TN 37343

National Registered Agents, Inc.
1209 Orange St
Wilmington, DE 19801

Nicolet National Bank
PO Box 2087
Omaha, NE 68103-2087

On Deck Capital Inc.
901 N. Stuart St.
Suite 700
Arlington, VA 22203

Partisan Systems, LLC (ACH Via Web)
2321 S. Oneida St. Ste 8
Green Bay, WI 54304

Pearson Cues
287 S River Rd.
Bay City, MI 48708

Solenis (CCR)  (ACH)
PO Box 742925
Atlanta, GA 30374-2925

Sunvilla Corporation (ACH)
14345 Pipline Ave.
Chino, CA 91710

The Corporation Trust Company
1209 Orange St
Wilmington, DE 19801

Trevi Fabrication Inc. (ACH)
12775 rue Brault
Mirable, QC J7J 0CJ 0C4

U.S. Small Business Administration
740 Regent St., Suite 100
Madison, WI 53715

US Small Business Administration
Wisconsin District Office
310 W. Wisconsin Ave., Suite 580 W
Milwaukee, WI 53203

Valley Truck Leasing
5668 Neubert Rd.
Appleton, WI 54913

Viking Spas Inc
2725 Prairie ST S.W.
Wyoming, MI 49519

WAPL-FM
P.O. Box 1519
Appleton, WI 54912

WCM DIGITAL
PO Box 1519
Appleton, WI 54912

```
WHBY-AM
PO Box 1519
Appleton, WI 54912

William & Julie Mundee Rev. Family Trust
Attn: William Mundee, Trustee

Wisconsin Department of Revenue
P.O. Box 8981
Madison, WI 53708-8981

WIXX 101 (CC)
1420 Bellevue Street
Green Bay, WI 54311

WJFW-TV
3217 County Road G
Rhinelander, WI 54501

WKEB / WIGM Radio (Check)
630 S. 8th Street
Medford, WI 54451

WKSZ-FM KISS FM
PO Box 1519
Appleton, WI 54912

Woodward Radio Group
PO Box 1519
Appleton, WI 54912

WSAW (7 Wausau)
PO Box 14200
Tallahassee, TN 32317-4200

WSAW.COM
PO Box 14200
Tallahassee, FL 32317-4200

WSCO-AM
PO Box 1519
Appleton, WI 54912

WYOW
1114 Grand Ave
Wausau, WI 54403

WZAW (Fox Wausau)
PO Box 14200
Tallahassee, FL 32317-4200
```

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Central Housewares, Inc.**                  Case No.                       

                                 Debtor(s)                 Chapter     **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Central Housewares, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 27, 2025** | **/s/ Paul G. Swanson** |
| Date | **Paul G. Swanson 1007861** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Central Housewares, Inc.** |
| | **SWANSON SWEET LLP** |
| | **759 N. Milwaukee St.** |
| | **Suite 305** |
| | **Milwaukee, WI 53202** |
| | **920-235-6690 Fax:920-426-5530** |
| | **pswanson@swansonsweet.com** |